UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA

FILED
CHARLOTTE, NC

DEC 22 2022

US DISTRICT COURT
WESTERN DISTRICT OF NC

JOSHUA S. IRELAND

Plantiff,

vs.

CRYSTAL S. BEALE
226 STOCKTON ST
STATESVILLE NC 28677

Defendant(s).

COMPLAINT

Case No. 5:22cv191-KDB

## A. JURISDICTION

Jurisdiction is proper in this court according to:

✓ 42 U.S.C. §1983

___ 42 U.S.C. §1985

___ Other (Please specify) _____

## B. PARTIES

1. Name of Plaintiff: JOSHUA IRELAND #0902841
   Address: ALBEMARLE CORRECTION
   PO BOX 460
   BADIN NC 28009

2. Name of Defendant: CRYSTAL S. BEALE
   Address: ~~221 E. WATER ST~~ 226 STOCKTON ST
   STATESVILLE NC, 28677
   JUDICAL DISTRICT 22A

   Is employed as Assitant District Attorney at Statesville Division
   (Position/Title)              (Organization)

Was the defendant acting under the authority or color of state law at the time these claims occurred? YES ✓   NO ____, if "YES" briefly explain: CRYSTAL S. BEALE WAS ACTING AS THE ASSISTANT DISTRICT ATTORNEY.

3. Name of Defendant: _____
   Address: _____

   Is employed as _____ at _____
   (Position/Title)                    (Organization)

   Was the defendant acting under the authority or color of state law at the time these claims occurred? YES ____   NO ____, if "YES" briefly explain:

4. Name of Defendant: _____
   Address: _____

   Is employed as _____ at _____
   (Position/Title)                    (Organization)

   Was the defendant acting under the authority or color of state law at the time these claims occurred? YES ____   NO ____, if "YES" briefly explain:

(Use additional sheets if necessary.)

## C. NATURE OF CASE

Why are you bringing this case to court? Please explain the circumstances that led to the problem.

MY 5TH, 6TH, 8TH AND 14TH AMENDMENT RIGHTS UNDER THE CONSTITUTION WAS VIOLATED ON THE COUNT OF LOST PAPER WORK

## D. CAUSE OF ACTION

I allege that my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach additional pages)

a. (1) Count 1: VIOLATION OF 5TH, 6TH, 8TH AND 14TH AMENDMENTS
   (2) Supporting Facts: (Describe exactly what each defendant did or did not do. State the facts clearly in your own words without citing any legal authority. Use additional sheets if necessary.)

   EGREGIOUS MISCARRIAGE OF JUSTICE
   — CONT'D —

b. (1) Count 2: 
   (2) Supporting Facts: (Describe exactly what each defendant did or did not do. State the facts clearly in your own words without citing any legal authority. Use additional sheets if necessary.)

## E. INJURY

How have you been injured by the actions of the defendant(s)?

Mentally and emotionally. Family members had past away, could not go to there funeral, lost my job and lost wages, also lost my house, due to not being able to modify bond. I feel like Im a target, targeted by the state, rules was broken to withhold me from family and work.

## F. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

Have you filed other lawsuits in state or federal court that deal with the same facts that are involved in this action?   YES _____   NO ✓

If your answer is "YES", describe each lawsuit. (If there is more than one lawsuit, describe additional lawsuits on additional separate pages, using the same outline.)

1. Parties to previous lawsuits:

Plaintiff(s):_____

Defendants(s):_____

2. Name of court and case or docket number:

_____

3. Disposition (for example, was the case dismissed? Was it appealed? Is it still pending?)

_____

_____

_____

4. Issued raised:

_____

_____

_____

5. When did you file the lawsuit?_____
   Date: Month/Year

6. When was it (will it be) decided?_____

Have you previously sought informal or form relief from the appropriate administrative officials regarding the acts complained of in Part D?  YES _____   NO ✓

If your answer is "YES" briefly describe how relief was sought and the results. If your answer is "NO" explain why administrative relief was not sought.

Because I feel like Im A TARGET OF THE STATE.

## D. Cause of Action

I had a probable cause hearing on March 31, 2021, I was not indicted until March 21, 2022, so for 355 days I have had no court dates on this, had not been in front of a judge, had not been in a court room.

5th Amendment violation, no person shall be deprived of life, liberty, or property without due process of law. No due process of law since March 31, 2021, I feel that at this time it's egregious.

6th Amendment violation of right to a speedy or public trial. Discovery was never released, had not recieved any type of plea. I sat in jail for the last year with no ability to move my case forward.

8th Amendment violation of cruel and unusal punishment due to lost paperwork, and me sitting 355 days in no-mans land without the ability to come to court, was very stressful and should not had been tolerated by the court of law.

14th Amendment violation which is similar to the 5th Amendment, shall not deprive any person of life, liberty or property without due process of law. I was denied my due process of law, in a year no evidence was presented it was never released.

I was just left in jail for a whole year without anything being done, which caused me a substanial amount of emotional and mental stress.

## G. REQUEST FOR RELIEF

I believe I am entitled to the following relief:

MONEY DAMAGES FOR LOST WAGES AS WELL AS LOST PROPERTY, EMOTIONAL STRESS, MENTAL STRESS. FREE EVALUATION UPON A PROFESSIONAL DOCTOR TO HELP ME THROUGH THE FACT OF THE STRESS AND THE FEELING OF BEING A TARGET.

JURY TRIAL REQUESTED   YES ✓   NO ___

Signed at ALBEMARLE CORRECTION on 12-16-2022.
(Location)                                      (Date)

_Josh Ireland_
Signature

**Address:** PO BOX 460
BADIN NC 28009
ALBEMARLE CORRECTION
**Phone:** — NONE —
**E-Mail:** — NONE —

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was mailed/delivered to the following individuals at the addresses listed:

CRYSTAL S. BEALE
~~221 E. WATER ST~~ 226 STOCKTON ST
STATESVILLE NC 28677

This the 16TH day of December, 20 22.

_Josh Ireland_
Signature

JOSH IRELAND
(Print Name)