UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:22-cv-00191-KDB-DCK

| JOSHUA S. IRELAND, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| v. | ) | **ORDER** |
| CRYSTAL S. BEALE, | ) |  |
| Defendant. | ) |  |

**THIS MATTER** is before the Court on its review of the docket in this matter.

Pro se Plaintiff filed a Complaint in this matter on December 22, 2022. [Doc. 1]. Plaintiff is proceeding in forma pauperis. [Docs. 2, 5]. On January 30, 2023, the Court conducted its initial review of Plaintiff's Complaint and found that Plaintiff had failed to state any claim for relief. [Doc. 8]. The Court allowed Plaintiff 30 days to amend his Complaint, cautioning Plaintiff that this action would be dismissed without prejudice and without further notice to Plaintiff should he fail to timely amend his Complaint. [Id. at 5]. Plaintiff has not amended his Complaint and the deadline to do so has expired. As such, the Court will dismiss this action.

**IT IS, THEREFORE, ORDERED** that this action is hereby **DISMISSED without prejudice**.

Signed: March 14, 2023

Kenneth D. Bell
United States District Judge